William B. MacDonald et ux *v.* F. & W. Grand, Inc., Appellant. (No. 2.)

Argued October 8, 1926. Appeal No. 59, October T., 1926, from judgment of C. P. No. 2, Philadelphia

County, March T., 1925, No. 5822, in the case of
William B. MacDonald and Mary A. MacDonald, his
wife, v. F. and W. Grand, Inc.  Before PORTER, P. J.,
HENDERSON, TREXLER, KELLER, LINN and CUNNINGHAM,
JJ.  Affirmed.

OPINION BY CUNNINGHAM, J., March 3, 1927:

This was a joint action by William B. MacDonald
and Mary A., his wife, to recover damages for injuries
suffered by Mrs. MacDonald through the alleged negli-
gence of the defendant.  A verdict was returned award-
ing damages in the sum of $600 to the wife and $400
to the husband and this appeal is from the judgment
entered upon the verdict in favor of the husband.

In an opinion filed this day at No. 58, October T.,
1926, we have set forth at length our reasons for af-
firming the judgment in favor of Mary A. MacDonald.
It necessarily follows from the conclusions there
reached with respect to the right of the wife to recover
that the judgment on the verdict in favor of the hus-
band for the loss of her services, et cetera, should also
be sustained.

Judgment affirmed.